**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**SHEILA ANN CHURCHILL,**                                         **PLAINTIFF,**

**VS.**                                              **CIVIL ACTION NO. 3:07CV116-P-A**

**MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,**                                        **DEFENDANT.**

## FINAL JUDGMENT

This matter comes before the court upon the U.S. Magistrate Judge's Report and Recommendation [11] that the plaintiff's claims in this action be dismissed with prejudice. After due consideration of the Report and Recommendation, the court agrees that there was substantial evidence to support the Administrative Law Judge's conclusion that the plaintiff did not meet the statutory definition of being disabled for purposes of Title II and Title XVI of the Social Security Act. The U.S. Magistrate Judge filed her Report and Recommendation on November 24, 2008. As stated in the Report and Recommendation, the plaintiff had ten days from that date to file any objections. The plaintiff filed no objections.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The court hereby adopts the U.S. Magistrate Judge's Report and Recommendation [11]; therefore,

(2) The plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(2) This case is **CLOSED**.

**SO ORDERED** this the 20th day of January, A.D., 2009.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE